JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL O'NEIL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　Defendants. | No. 2:19-cv-09154-SAB-PJW<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

　　Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. ECF No. 26. The parties ask the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss the above-captioned case without prejudice, with each party to bear its own costs.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Joint Stipulation of Dismissal Without Prejudice, ECF No. 26, is **GRANTED**.

2. The above-captioned case is **DISMISSED** without prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 17th day of April 2020.

_____
Stanley A. Bastian
United States District Court

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE ~ 2**